UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| JUANITA WHITT DUNN | ) | CASE NO. 09-81835 |
| TODD O'NEAL DUNN | ) | CHAPTER 13 |
| DEBTORS | ) | |

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

**COMES NOW** EMC Mortgage Corporation (hereinafter "Movant") a secured creditor, by and through counsel, Brock and Scott, PLLC and responds to Debtor's Objection of Claim, and respectfully asks the Court to schedule a hearing on this matter.

This, the 20th day of January, 2010

BROCK AND SCOTT, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Movant
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| JUANITA WHITT DUNN | ) | CASE NO. 09-81835 |
| TODD O'NEAL DUNN | ) | CHAPTER 13 |
| DEBTORS | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO DEBTOR'S OBJECTION TO CLAIM in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Juanita Whitt Dunn
Todd O'Neal Dunn
4103 Helena Moriah Road
Rougemont, NC 27572

John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Richard M. Hutson
PO Box 3613
Durham, NC 27702

This is the 20th day of January, 2010

Brock and Scott, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar No.: 33387