# Person County, North Carolina - Property Record Card

| OWNERSHIP | 01222010 | 1521 | 302 | PROPERTY DESCRIPTION | TAX SUBDIVISIONS | MAP NUMBER | CARD | NO |
|---|---|---|---|---|---|---|---|---|
| DUNN TODD O & JUANITA W | | | | 1 & 93/100 ACRES<br>FRM PEGGY LEGG OFF A86/1 F97<br>LIFE INT FRM M HOOPER F97 | MOUNT TIRZAH TWP | A86 141 | 21869 | 1 |
| 4103 HELENA MORIAH RD | | | | | | RECORD NUMBER: 21869 |||
| ROUGEMONT NC  27572 | | | | | | ROUTE MT 113 119 |||
| DEED: 253 309N03151996 | — | 5 | HELENA MORIAH RD 4103 | | | LISTER: JMR101003 |||
| | | | | | | REVIEW: JMR102003 |||

NOTES: INT DEED 253/851
WHITE /BLACK SHUTTERS

```
                                    1 & 93 ACRES
        A-
        DBL WIDE
                        76
                6 B 6
                8
             2           7
      C-        1
      DECK      2
   24
```

| | TOPO | STREET | UTILITY | ZONING |
|---|---|---|---|---|
| | ROLLING | PAVED | WELL<br>SEPTIC<br>ELECTRIC | VDO |

| # | LAND CLASS | SIZE | BASERATE*FRNT*DPTH*ADJ=ADJRATE*UNITS=LND-VALUE |
|---|---|---|---|
| 1 | 6SBLDGSITE | 1.00AC | 10000       1.00       10000 |
| 2 | 7NFP LOT | 0.93AC | 5000       0.93       4650 |

| LAND VALUE |
|---|
| #|OTHER FEAT | SIZE |BASERATE*COND =ADJRATE*UNITS=OFB-VALUE |
| | | | 14650 |
| | | | 0 |

| OTHER VALUE: | | | | | SIZE/QTY | DPRT:3-RES AVER |
|---|---|---|---|---|---|---|
| FNDATION | XTRFNISH | ROOFTYPE | ROOFMTRL | | | SF-LOOKUP:1-BYSEGMNT |
| BRICK | AL/VYN | GABLE | ASPHSHNG | 1.00STHT | | |
| WALLFNSH | FLOORS | HEAT&AIR | HEATFUEL | | | |
| DRY WALL | TILE<br>CARPET | HT PUMP | ELECTRIC | | | |

DWELLING DBLWIDE C+10 B1996
DIMENSIONS: A-CU27R76D27L76 B-R34CD6R8U6L8 C-U27R26CU12R24D12L24H

| # | STRUCTURE | SKTCH-SF | *STHT | = | AREA | RATE*GRDF+HEAT+EXWL*WLHT=ADJRAT* | AREA= | RPCN* | DEPF*CNDF=STR-VALUE |
|---|---|---|---|---|---|---|---|---|---|
| A | 67CDBL WIDE | 2052 | 1.00 | | 2052 | 39.32   1.10   2.75   46.00 | 2052 | 94392 | 0.87   82121 |
|   | 2.00 BATHS | | | | | 2000.00 | | 4000 | 0.87   3480 |
| B | 1 FIREPLACE | | | | | 2000.00 | | 2000 | 0.87   1740 |
|   | 85 STOOP | 48 | 1.00 | | 48 | 14.02   1.10 | 48 | 740 | 0.87   644 |
| C | 88 DECK | 288 | 1.00 | | 288 | 11.45   1.10 | 288 | 3629 | 0.87   3157 |
|   | | 2052HSF, 2388TSF | | | | | | 104761 | 91142 |

AVERAGE CONDITION                           RPCN- 51.05/HSF    VALU- 44.42/HSF
                                                                7590LV/AC
                                                                51TV/HSF
                                                                51TV/HSF

| VALUATION | VALUE | STRUCTURE VALUE: |
|---|---|---|
| LAND | 14650 | |
| OTHERFEAT | 0 | |
| STRUCTURE | 91142 | TOTAL VALUE    105792 |
| TOTAL | 105792 | APPRAISED-VALUE:    105792 |

# Manufactured Home Appraisal Report

File # 07A0401

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address 4103 HELENA MORIAH RD | City TIMBERLAKE | State NC | Zip Code 27583 |
| Borrower TODD & JUANITA DUNN | Owner of Public Record TODD & JUANITA DUNN | County PERSON | |
| Legal Description DEED BOOK 253-851, PERSON COUNTY REGISTRY | | | |
| Assessor's Parcel # A86-141 | Tax Year 2006 | R.E. Taxes $ 687.65 | |
| Neighborhood Name MT TIRZAH | Map Reference MT TIRZAH | Census Tract 9805 | |

Occupant [X] Owner [ ] Tenant [ ] Vacant   Project Type (if applicable) [ ] PUD [ ] Condominium [ ] Cooperative [ ] Other (describe)
Special Assessments $ 0.00   HOA $ [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)
Lender/Client STATE EMPLOYEES' CREDIT UNION   Address P O BOX 171, ROXBORO, NC 27573
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). MLS

Manufactured homes located in either a condominium or cooperative project require the appraiser to inspect the project and complete the Project Information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ REFINANCE   Date of Contract N/A   Is the property seller the owner of public record? [ ] Yes [ ] No   Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid. N/A

I [ ] did [X] did not analyze the manufacturer's invoice. Explain the results of the analysis of the manufacturer's invoice or why the analysis was not performed.
NOT AVAILABLE
Retailer's Name (New Construction) UNKNOWN

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | Manufactured Housing Trends | Manufactured Housing | Present Land Use % |
|---|---|---|---|
| Location [ ] Urban [ ] Suburban [X] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE / AGE | One-Unit 15 % |
| Built-Up [ ] Over 75% [ ] 25-75% [X] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | $ (000) / (yrs) | 2-4 Unit % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 35 Low / NEW | Multi-Family % |
| | | 450 High / 100 | Commercial % |
| | | 150 Pred. / 40 | Other 85 % |

Neighborhood Boundaries FLATWOODS ROAD NORTH, MOUNT HARMONY CHURCH ROAD EAST, DURHAM COUNTY LINE SOUTH, AND DINK ASHLEY ROAD WEST.
Neighborhood Description THE SUBJECT LIES FOUR MILES EAST OF TIMBERLAKE, APPROXIMATELY TEN MILES SOUTHEAST OF ROXBORO. THE AREA IS A RURAL COMMUNITY, WITH A SCATTERING OF DIFFERENT TYPES, STYLES AND AGES OF HOMES. THERE WERE NO FACTORS NOTED WHICH WOULD ADVERSELY AFFECT MARKETABILITY OF THE SUBJECT.
Market Conditions (including support for the above conclusions) MARKET CONDITIONS FOR THIS AREA ARE AVERAGE AND THE PAYING OF NOMINAL POINTS AND/OR CLOSING COSTS HAS BEEN ACCEPTED. FINANCING HAS BEEN ANALYZED AND ADJUSTED WHEN WARRANTED.

Dimensions PER SURVEY   Area 1.93 ACRES   Shape IRREGULAR   View AVERAGE
Specific Zoning Classification R   Zoning Description RESIDENTIAL
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [ ] | [X] WELL | Street ASPHALT | [X] | [ ] |
| Gas | [ ] | [X] L/P | Sanitary Sewer | [ ] | [X] SEPTIC | Alley NONE | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone C   FEMA Map # 37145C0150 B   FEMA Map Date 9-14-90
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe

Is the site size, shape and topography generally conforming and acceptable in the market area? [X] Yes [ ] No If No, explain

Is there adequate vehicular access to the subject property? [X] Yes [ ] No If No, describe

Is the street properly maintained? [X] Yes [ ] No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [X] Yes [ ] No If Yes, describe
SITE IS NOT ACCESSED ACROSS THE SURVEYED ACCESS EASEMENT.

The HUD Data Plate/Compliance Certificate is located on the interior of the subject and contains, among other things, the manufacturer's name, trade/model name, year manufactured and serial number. The HUD Certification Label is located on the exterior of each section of the home.
Is the HUD Data Plate/Compliance Certificate attached to the dwelling? [X] Yes [ ] No If Yes, identify the location. If No, provide the data source(s) for the HUD Data Plate/Compliance Certificate information. KITCHEN CABINETS
Is a HUD Certification Label attached to the exterior of each section of the dwelling? [X] Yes [ ] No If No, provide the data source(s) for the HUD Certification Label #'s

Manufacturer's Serial #(s)/VIN #(s) VPNC10297AB
HUD Certification Label #(s) PFS 390621 & PFS 390622
Manufacturer's Name PALM HARBOR   Trade/Model LXP180   Date of Manufacture 4-16-1996
Do the Wind, Roof Load, and Thermal Zones meet the minimum HUD requirements for the location of the subject property? [X] Yes [ ] No If No, explain

Case 09-81835   Doc 24   Filed 01/27/10   Page 2 of 10

# Manufactured Home Appraisal Report

## General Description

- # of Units: ☒ One ☐ Additions
- # of Stories: ☒ 1 ☐ 2 ☐ Other
- Design (Style): DOUBLEWIDE
- # of Sections: ☐ 1 ☒ 2 ☐ 3
- ☐ Other
- Type: ☒ Det. ☐ Att. ☐ S-Det./End Unit
- ☒ Existing ☐ Proposed ☐ Under Const.
- Year Built 1996  Effective Age (Yrs) 6
- Attic: ☒ None
  - ☐ Drop Stair ☐ Stairs
  - ☐ Floor ☐ Scuttle
  - ☐ Finished ☐ Heated
- Appliances: [P] Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave [P] Washer/Dryer ☐ Other (describe)

## Foundation

- ☐ Poured Concrete ☐ Concrete Runners
- ☒ Block & Pier ☐ Other-att. description
- ☐ Full Basement ☐ Partial Basement
- Basement Area: NONE sq.ft.
- Basement Finish: NONE %
- ☐ Outside Entry/Exit ☐ Sump Pump
- Evidence of: ☐ Infestation
  - ☐ Dampness ☐ Settlement
- Heating ☒ FWA ☐ HWBB ☐ Radiant
- ☒ Other WOOD  Fuel ELECT
- Cooling ☒ Central Air Conditioning
  - ☐ Individual ☐ Other

## Exterior Description / materials/condition

- Skirting: BRICK
- Exterior Walls: VINYL
- Roof Surface: ASPHALT
- Gutters & Downspouts: ALUMINUM
- Window Type: MTL S/H
- Storm Sash/Insulated: YES
- Screens: YES
- Doors: 6 PNL HOLLOW
- Amenities: ☐ Woodstove(s) #
  - ☒ Fireplace(s) # 2  ☒ Fence ELECTRIC
  - ☒ Patio/Deck DECK ☒ Porch UNCOV
  - ☐ Pool ☐ Other

## Interior / materials/condition

- Floors: WD,VIN,CER/AVE
- Walls: DRYWALL/AVE
- Trim/Finish: AVERAGE
- Bath Floor: VINYL/AVE
- Bath Wainscot: FIBERGLASS
- Car Storage: ☒ None
  - ☐ Driveway  # of Cars
  - Driveway Surface: GRAVEL
  - ☐ Garage  # of Cars
  - ☐ Carport  # of Cars
  - ☐ Attached ☐ Detached
  - ☐ Built-in

Finished area above grade contains: 9 Rooms  4 Bedrooms  2 Bath(s)  2,050 Square Feet of Gross Living Area Above Grade

Describe any additions or modifications (decks, rooms, remodeling, etc.)  REAR DECK, FRONT UNCOVERED CONCRETE PORCH, CERAMIC FLOOR AND BACKSPLASH IN KITCHEN. PINE FLOORING IN MASTER BEDROOM, WOOD LAMINATE FLOORING IN DEN-LIVING-DINING.

Installer's Name  UNKNOWN   Date Installed  UNKNOWN   Model Year  1996

Is the manufactured home attached to a permanent foundation system?  ☒ Yes ☐ No  If No, describe the foundation sytem and the manner of attachment.

Have the towing hitch, wheels, and axles been removed?  ☒ Yes ☐ No  If No, explain

Is the manufactured home permanently connected to a septic tank or sewage system and other utilities?  ☒ Yes ☐ No  If No, explain

Does the dwelling have sufficient gross living area and room dimensions to be acceptable to the market?  ☒ Yes ☐ No  If No, explain

Additional features (special energy efficient items, non-realty items, etc.)  WOOD FIRING FURNACE HOOKED UP TO HVAC, DOUBLE FIREPLACE BETWEEN DEN AND LIVING ROOM, JET TUB IN MASTER BATH, SPRAYED DRYWALL CEILINGS, TAPED DRYWALL.

The appraiser must rate the quality of construction for the subject unit based on objective criteria (such as N.A.D.A. Manufactured Housing Appraisal Guide®, Marshall & Swift Residential Cost Handbook®, or other published cost service). The appraiser must also report the source used for this quality of construction rating determination.

Quality  ☐ Poor ☐ Fair ☐ Average ☒ Good ☐ Excellent   Identify source of quality rating  MARSHALL & SWIFT.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   TYPICAL OF THE NEIGHBORHOOD.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

CURRENT SALES AND LISTINGS.

## Cost Approach

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW
Source of cost data: MARSHALL/SWIFT   Effective date of cost data: CURRENT   Quality rating from cost service: GOOD

| OPINION OF SITE VALUE | | $ | 15,000 | Exterior Dimensions of the Subject Unit | | |
|---|---|---|---|---|---|---|
| Section One | 2,050 Sq. ft. @ $ 45.30 | $ | 92,865 | 26.9 X 76.2 = | | 2,049.8 Sq. ft. |
| Section Two | Sq. ft. @ $ | $ | | X = | | Sq. ft. |
| Section Three | Sq. ft. @ $ | $ | | X = | | Sq. ft. |
| Section Four | Sq. ft. @ $ | $ | | X = | | Sq. ft. |
| +3PLUMB,FP,APP,JETTUB,SKIRT | | $ | 13,984 | Total Gross Living Area: | | 2,049.8 Sq. ft. |
| PORCH,DECK | | $ | 4,363 | Other Data Identification | | |
| | | $ | | N.A.D.A. Data Identification Info: Edition Mo: | | Yr: |
| Sub-total: | | $ | 111,212 | MH State: Region: | Size: | ft. x ft. |
| Cost Multiplier (if applicable): | x | | 1.03 | Gray pg. White pg. | | Black SVS pg. |
| Modified Sub-total: | | | 114,548 | 15 years and older Conversion Chart pg. | | Yellow pg. |
| Physical Depreciation or Condition Modifier: | | | -15,269 | Comments | | |
| Functional Obsolescence (not used for N.A.D.A.): | | | | | | |
| 0.93  External Depreciation or State Location Modifier: | | | -8,018 | | | |
| Delivery, Installation, and Setup (not used for N.A.D.A.): | | $ | 2,500 | | | |
| Other Depreciated Site Improvements: | | $ | 4,500 | | | |
| Market Value of Subject Site (as supported above): | | $ | 15,000 | | | |
| Indicated Value by Cost Approach: | | $ | 113,261 | Estimated Remaining Economic Life (HUD and VA only) | | 39 Years |

Summary of Cost Approach  NO FUNCTIONAL OR ECONOMIC OBSOLESCENCE NOTED

COST DERIVED FROM MARSHALL/SWIFT AND LOCAL BUILDERS

SEE ATTACHED SKETCH

Case 09-81835   Doc 24   Filed 01/27/10   Page 3 of 10

# Manufactured Home Appraisal Report

There are 0 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ N/A to $ N/A
There are 0 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ N/A to $ N/A

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4103 HELENA MORIAH RD TIMBERLAKE, NC | 649 JACK HAMBRICK RD ROXBORO, NC | | 2460 RALPH WINSTEAD RD LEASBURG, NC | | 481 PIXLEY PRITCHARD ROXBORO, NC | |
| Proximity to Subject | | 17.86 miles | | 20.20 miles | | 7.18 miles | |
| Sale Price | $ REFINANCE | $ | 119,000 | $ | 128,900 | $ | 106,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 57.85 sq.ft. | | $ 63.65 sq.ft. | | $ 51.71 sq.ft. | |
| Manufactured Home | | ☒ Yes ☐ No | | ☒ Yes ☐ No | | ☒ Yes ☐ No | |
| Data Source(s) | | MLS/CLOSED/DRIVEBY | | MLS/CLOSED/DRIVEBY | | MLS/CLOSED/DRIVEBY | |
| Verification Source(s) | | RECORDS/FILES/INSPECT | | RECORDS | | RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | FHA | -3,500 | CONV-NONE INDICATED | | CONV-NONE INDICATED | |
| Date of Sale/Time | | 3-7-2007 | | 3-20-2007 | | 3-26-2007 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.93 ACRES | 1.84 ACRES | | 11.72 ACRES | -15,000 | 1.00 ACRES | +3,500 |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | DOUBLEWIDE | DOUBLEWIDE | | DOUBLEWIDE | | DOUBLEWIDE | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 11 YRS | 10 YRS | | 11 YRS | | 7 YRS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 9 / Bdrms. 4 / Baths 2 | Total 9 / Bdrms. 4 / Baths 2 | | Total 8 / Bdrms. 4 / Baths 3 | -2,000 | Total 8 / Bdrms. 4 / Baths 2 | |
| Gross Living Area | 2,050 sq.ft. | 2,057 sq.ft. | 0 | 2,025 sq.ft. | 0 | 2,050 sq.ft. | 0 |
| Basement & Finished Rooms Below Grade | NONE NONE | NONE NONE | | NONE NONE | | NONE NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | NONE | NONE | | NONE | | NONE | |
| Porch/Patio/Deck | PORCH,DECK | PCH,STP,PTO | | PORCH,DECK | | PORCH,DECK | +2,000 |
| AMENITIES | WD FURNANC | SHOP/STG | -3,500 | BARN | -1,500 | NONE | |
| AMENITIES | 2 FIREPLACE | 2 FIREPLACE | | NONE | +2,000 | 2 FIREPLACE | |
| AMENITIES | KIT/EQUIP | KIT/EQUIP | | KIT/EQUIP | | KIT/EQUIP | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 7,000 | ☐ + ☒ - | $ 16,500 | ☒ + ☐ - | $ 5,500 |
| Adjusted Sale Price of Comparables | | Net 5.9 % Gross 5.9 % | $ 112,000 | Net 12.8 % Gross 15.9 % | $ 112,400 | Net 5.2 % Gross 5.2 % | $ 111,500 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) DEED
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

THE SUBJECT HAS NOT SOLD WITHIN THE PRIOR 3 YEARS NOR HAVE THE COMPARABLE SALES SOLD WITHIN THE PRIOR YEAR.

Summary of Sales Comparison Approach

ALL ARE RESALES OF DOUBLEWIDE MANUFACTURED HOMES. I HAVE PERSONALLY INSPECTED SALE ONE. THERE ARE LIMITED SALES OF 2000 SQUARE FOOT DOUBLEWIDE IN THE COUNTY. DISTANCE OF SALES ARE FURTHER THAN DESIRED. SITE ADJUSTMENTS REFLECT ACTUAL DIFFERENCES IN SITE VALUES. MARKET ANALYSIS INDICATES A VALUE OF $112,000.

Indicated Value by Sales Comparison Approach $ 112,000
Indicated Value by: Sales Comparison Approach $ 112,000   Cost Approach $ 113,261   Income Approach (if developed) $

THE FINAL ESTIMATE OF VALUE IS BASED ON THE DIRECT SALES COMPARISON APPROACH AND SUPPORTED BY THE COST APPROACH. THIS APPROACH TO VALUE IS CONSIDERED THE MOST RELIABLE INDICATION OF VALUE. THIS APPRAISAL IS MADE FOR LOAN PURPOSES, FOR STATE EMPLOYEES CREDIT UNION.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 112,000 , as of 4-4-2007 , which is the date of inspection and the effective date of this appraisal.

## ADDITIONAL COMMENTS

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | N/A | X Gross Rent Multiplier | N/A | = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data source(s)
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Case 09-81835   Doc 24   Filed 01/27/10   Page 5 of 10

# Manufactured Home Appraisal Report

This report form is designed to report an appraisal of a one-unit manufactured home; including a manufactured home in a planned unit development (PUD). A Manufactured home located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I also developed the cost approach to value as support for the sales comparison approach. I have adequate comparable market and cost data to develop reliable sales comparison and cost approaches for this appraisal assignment. I further certify that I considered the income approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Manufactured Home Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name PATRICK HESTER | Name |
| Company Name HESTER APPRAISAL SERVICES | Company Name |
| Company Address 20 W COLONY PL, STE 210, DURHAM, NC | Company Address |
| Telephone Number 919-493-6593 | Telephone Number |
| Email Address pcollinsh@embarqmail.com | Email Address |
| Date of Signature and Report 4-10-2007 | Date of Signature |
| Effective Date of Appraisal 4-4-2007 | State Certification # |
| State Certification # A2008 | or State License # |
| or State License # | State |
| or Other | Expiration Date of Certification or License |
| State NC | |
| Expiration Date of Certification or License 6/30/2007 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did Inspect exterior of subject property from street |
| 4103 HELENA MORIAH RD | Date of Inspection |
| TIMBERLAKE, NC 27583 | ☐ Did Inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 112,000 | Date of Inspection |
| **LENDER/CLIENT** | **COMPARABLE SALES** |
| Name MARTHA DAVIS | ☐ Did not inspect exterior of comparable sales from street |
| Company Name STATE EMPLOYEES' CREDIT UNION | ☐ Did Inspect exterior of comparable sales from street |
| Company Address P O BOX 171, ROXBORO, NC 27573 | Date of Inspection |
| Email Address roxboro@ncsecu.org | |

Case 09-81835    Doc 24    Filed 01/27/10    Page 8 of 10

## Building Sketch (Page - 1)

| | | | |
|---|---|---|---|
| Borrower/Client TODD & JUANITA DUNN | | | |
| Property Address 4103 HELENA MORIAH RD | | | |
| City TIMBERLAKE | County PERSON | State NC | Zip Code 27583 |
| Lender STATE EMPLOYEES' CREDIT UNION | | | |



Sketch by Apex IV™
Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 2049.78 | 2049.78 |
| P/P | Porch | 48.00 | |
| | Deck | 290.40 | 338.40 |
| | | | |
| | TOTAL LIVABLE (rounded) | | 2050 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 26.9 x 76.2 | | 2049.78 |
| | | |
| 1 Calculation Total (rounded) | | 2050 |

Form SKT.BldSkl — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 09-81835    Doc 24    Filed 01/27/10    Page 9 of 10

## Location Map

| Borrower/Client | TODD & JUANITA DUNN | | | |
|---|---|---|---|---|
| Property Address | 4103 HELENA MORIAH RD | | | |
| City TIMBERLAKE | | County PERSON | State NC | Zip Code 27583 |
| Lender STATE EMPLOYEES' CREDIT UNION | | | | |



Form MAP.LOC — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 09-81835    Doc 24    Filed 01/27/10    Page 10 of 10