UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| TODD O'NEAL DUNN | ) | CASE NO. 09-81835 |
| JUANITA WHITT DUNN | ) | CHAPTER 13 |
| DEBTORS | ) | |

## WITHDRAWAL OF PROOF OF CLAIM

Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2006-EC2, by and through EMC Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its Proof of Claim 16-1 filed on February 2, 2010.

This 2nd day of February, 2010.

Brock and Scott, PLLC

*/s/ Sean M. Corcoran*_____
Sean M. Corcoran
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| TODD O'NEAL DUNN | ) | CASE NO. 09-81835 |
| JUANITA WHITT DUNN | ) | CHAPTER 13 |
| DEBTORS | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Todd O'Neal Dunn
Juanita Whitt Dunn
4103 Helena Moriah Road
Rougemont, NC 27572

John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Richard M. Hutson
PO Box 3613
Durham, NC 27702

This 2nd day of February, 2010.

    Brock and Scott, PLLC

    */s/ Sean M. Corcoran*_____
    Sean M. Corcoran
    Attorney for Movant
    Brock & Scott, PLLC
    5121 Parkway Plaza Drive, Suite 300
    Charlotte, NC 28217
    (704) 369-0676
    State Bar Number 33387