# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

IN THE MATTER OF:           )          No. B-09-81835  C-13D
Todd O. Dunn                )
Juanita W. Dunn           )
                             )
        Debtor(s)           )

## ORDER DENYING MOTION FROM THE AUTOMATIC STAY

On February 4, 2010, a hearing was held on Objection by the Debtors to the claim of EMC Mortgage.  At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and stated to the Court that the claim had been withdrawn, thereby, making the Debtors' Objection moot; therefore, it is

ORDERED that the Objection of the Debtors, being moot, is hereby denied.

Todd O. Dunn
Juanita W. Dunn
4103 Helena Moriah Rd.
Rougemont, NC  27572

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702