# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | | No. B-09-81835  C-13D |
| Todd O'Neal Dunn ) | | |
| Juanita W. Dunn ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER OVERRULING OBJECTION TO CONFIRMATION

On May 25, 2010, a hearing was held on Objection by Local Government Federal Credit Union ("Credit Union") to confirmation of the Debtors' proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors; Craig S. Haskell, Esq. appeared on behalf of the Credit Union; and, Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the Objection and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Debtors' proposed plan should be confirmed in accordance with the provisions of 11 U.S.C. §1325; therefore, by and with the consent of the parties, it is

ORDERED that the Objection by the LGFCU to confirmation of the Debtors' proposed plan is overruled and the Debtors' proposed plan is confirmed pursuant to the provisions of a separate Order of this Court.

**PARTIES IN INTEREST**
Page 1 of 1
09-81835 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**